IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES DEAN EAKER, ) | |
| ) | |
| Plaintiff, pro se, ) | **O R D E R** |
| ) | |
| v. ) | 1:07CV608 |
| ) | |
| OVERTURF, et al., ) | |
| ) | |
| Defendants. ) | |

On May 22, 2008, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636(b). No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED** that the motions of Defendants Pressley and Hall to set aside the entries of default against them (Docket Nos. 50 and 48) are **GRANTED,** and the motions of Plaintiff to enter default judgment against Defendants Pressley and Hall (Docket Nos. 37, 42, and 53) are **DENIED.**

This the day of July 25, 2008

                                                  /s/ N. Carlton Tilley, Jr.
                                                  United States District Judge